

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00117-CV

## IN RE GERMANIA SELECT INSURANCE COMPANY

### Original Proceeding

### From the 12th District Court
### Madison County, Texas
### Trial Court No. 21-17080

## MEMORANDUM  OPINION

Relator Germania Select Insurance Company's "Petition for Writ of Mandamus"

is denied.  Relator's "Motion for Emergency Stay" is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Petition denied
Opinion delivered and filed May 18, 2022
[OT06]

